UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ELIAS MORALES AGUIRRE<br>Plaintiff(s)<br>v.<br>AMERICAN HONDA MOTOR CO<br>Defendant(s) | CASE No C 4:26-cv-07008-HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ■ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

***Note**: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*
- ■ other requested deadline: November 20, 2026

Date: October 6, 2026 /s/ Ari Basser
Attorney for Plaintiff

Date: October 6, 2026 /s/ Amir Nassihi
Attorney for Defendant

☒ **IT IS SO ORDERED**
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 10/7/2026

Haywood S. Gill Jr.
U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*